```
                            United States Bankruptcy Court
                             Southern District of Florida
In re:                                                         Case No. 13-40120-RBR
Karen L Robinson                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113C-0          User: admin              Page 1 of 1           Date Rcvd: Apr 21, 2014
                              Form ID: CGFD65          Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2014.
db           +Karen L Robinson,    3834 SW 68 Ave,    Miramar, FL 33023-6689
smg          +Broward County Tax Collector,    115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
smg           Florida Department of Revenue,    POB 6668,   Bankruptcy Division,    Tallahassee, FL  32314-6668
cr           +Deutsche Bank National Trust Company,    c/o Anila Rasul,    Robertson, Anschutz, & Schneid P.L.,
               6409 Congress Ave. Suite 100,    Boca Raton, FL 33487-2853
91937286      Broward County Tax Collector,    115 S Andrews Ave,    Fort Lauderdale, FL  33301-1895
92139718     +Galway Financial Services LLC,    1290 W Spring St SE #270,    Smyrna GA 30080-3690
91937288     +Medicredit  Corp,    3620 I 70 Dr SE, Ste C,   Columbia, MO 65201-6582
91937289     +OCWEN Loan Servicing,    12650 Ingenuity Dr,   Orlando, FL 32826-2703
92000841     +Santander Consumer USA,    Po Box 560284,    Dallas, TX 75356-0284
91937290     +Santander Consumer USA Inc.,    Attn: Bankruptcy Dept.,    POB 560284,   Dallas, TX 75356-0284
91937291      Santander Consumer USA Inc.,    POB 961245,   Fort Worth, TX  76161-0244
91937292     +The CBE Group, Inc,    POB 900,   Waterloo, IA 50704-0900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
91945535     +E-mail/Text: g20956@att.com Apr 22 2014 02:10:09      AT&T Mobility II LLC,   % AT&T Services, Inc,
               Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
91945533     +E-mail/Text: g17768@att.com Apr 22 2014 02:07:42      BellSouth Telecommunications, Inc.,
               % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
92036463     +E-mail/Text: bncmail@w-legal.com Apr 22 2014 02:09:15       CERASTES, LLC,
               C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    Seattle, AK 98121-3132
92045683     +E-mail/Text: bncmail@w-legal.com Apr 22 2014 02:09:15       DELBERT SERVICES CORPORATION,
               C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
91937287     +E-mail/Text: cio.bncmail@irs.gov Apr 22 2014 02:08:34       Internal Revenue Service,   POB 7346,
               Philadelphia, PA 19101-7346
91984625     +E-mail/Text: rjm@ebn.phinsolutions.com Apr 22 2014 02:08:47       Rjm Acquisitions Llc,
               575 Underhill Blvd, Suite 224,    Syosset, NY 11791-4437
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2014                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2014 at the address(es) listed below:
          Anila Rasul    on behalf of Creditor   Deutsche Bank National Trust Company arasul@rasflaw.com,
           bankruptcy@rasflaw.com
          Chad T Van Horn    on behalf of Debtor Karen L Robinson Chad@cvhlawgroup.com,
           jay@cvhlawgroup.com;DeadlinesandHearings@gmail.com;Martha@cvhlawgroup.com;Dan@cvhlawgroup.com;Mil
           y@cvhlawgroup.com;Milagros@cvhlawgroup.com;Aron@cvhlawgroup.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com
                                                                                              TOTAL: 4
```

**CGFD65** (12/1/09)



ORDERED in the Southern District of Florida on April 21, 2014

_____
**Raymond B Ray**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 13–40120–RBR**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Karen L Robinson
3834 SW 68 Ave
Miramar, FL 33023

SSN: xxx–xx–2073

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

###

* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*