UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                  Case No: 13-40120-RBR
                                                                        Chapter 13
Karen Robinson

_____Debtor._____/

**DEBTOR'S MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN AND
CONFIRM FOURTH MODIFIED PLAN**

The Debtor, Karen Robinson, by and through her undersigned counsel, and moves this Court to allow Debtor to modify her Confirmed Third Modified Chapter 13 Plan, and for the Court to Confirm the Fourth Modified Plan and in support thereof state as follows:

1. On October 4, 2016, the court entered an Order Confirming Debtor's Third Modified Plan, (the "Plan"). [ECF#131].

2. The Debtor fell behind in her payments due to unexpected expenses including but not limited to car repairs (vehicle paid in full in bankruptcy) and unexpected increase in rental costs.

3. The Debtor drives a fifteen year old vehicle (2005 Land Robetr LR3), which is her only vehicle and her only access to work.

4. The vehicle has suffered significant mechanical issues for which the funds for the Chapter 13 payment had to be used in order for her to be able to maintain her employment.

5. The Debtor must modify her confirmed Chapter 13 plan in order to remain current with her obligations to her creditors.

Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order allowing the Debtor to modify her Third Modified Plan, confirming Debtor's Fourth Modified Plan, and for whatever further relief the Court deems just and appropriate under the circumstances.

Respectfully submitted on this 10th day of July, 2017

**Van Horn Law Group, P.A.**
330 N Andrews Ave. Suite 450
Fort Lauderdale, FL 33301
(954) 765-3166
(954) 756-7103 (fax)
Chad@cvhlawgroup.com
**By: /s/ Chad T. Van Horn**
Chad T. Van Horn**,** Esq.
Florida Bar No. 64500