UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  13-40120-BKC-RBR
PROCEEDING UNDER CHAPTER 13

IN RE:

KAREN L ROBINSON
XXX-XX-2073

DEBTOR_____/

## REPORT OF NON COMPLIANCE

**COMES NOW** the Trustee, Robin R. Weiner, Esquire, and reports to the Court as follows:

1. Pursuant to Administrative Order 98-6, a Notice of Delinquency was served on May 31, 2017, as a result of the Debtor's failure to remain current under the confirmed plan.

2. The Debtor has not become current.

3. Accordingly, the Trustee reports that this case should be dismissed with prejudice to the Debtor filing any bankruptcy proceeding for a period of 180 days from entry of the order of dismissal.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 22nd day of August, 2017.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this  Report Of Non Compliance was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 22nd day of August, 2017.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

REPORT OF NON COMPLIANCE<br>CASE NO.:  13-40120-BKC-RBR

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
KAREN L ROBINSON
11625 CANAL STREET
UNIT 206
MIRAMAR, FL  33025

**ATTORNEY FOR DEBTOR**
CHAD T. VAN HORN, ESQUIRE
330 N ANDREWS AVENUE
SUITE 450
FT. LAUDERDALE, FL  33301