**CGFD33** (10/01/16)



**ORDERED in the Southern District of Florida on October 26, 2017**

*Raymond B Ray signature*

**Raymond B Ray**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 13–40120–RBR**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Karen L Robinson
11625 Canal Street #206
Miramar, FL 33025

SSN: xxx–xx–2073

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Robin R Weiner, having filed a final report, is discharged and this case is closed.

### # # #